UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUPERCONDUCTING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IONETIX CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:16-cv-10542-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION TO SET DATE TO RESPOND TO COMPLAINT

Defendant Ionetix Corporation ("Ionetix") hereby submits this unopposed motion to extend Ionetix's deadline to answer, move to dismiss or otherwise respond to the Complaint. As grounds for this motion, Ionetix states:

1. On March 8, 2016, Plaintiff Superconducting Systems, Inc. ("SSI") filed its Complaint in the Commonwealth of Massachusetts Superior Court, Middlesex County;

2. On March 17, 2016, Ionetix removed the Complaint to this court;

3. The parties have been engaged in discussions over a possible resolution of this matter and agree that the Defendant may answer, move to dismiss or otherwise respond to the Complaint on or before April 12, 2016;

4. SSI does not oppose this motion.

Wherefore, Ionetix hereby requests that this Court order that Ionetix may answer, move to dismiss or otherwise respond to the Complaint on or after April 12, 2016.

DATED:       March 28, 2016              Respectfully submitted,

                                                  /s/Jack W. Pirozzolo
Jack W. Pirozzolo (BBO# 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, Massachusetts  02109
Telephone:  (617) 223-0304
Facsimile:  (617) 223-0301
jpirozzolo@sidley.com

*Counsel for Ionetix Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 28, 2016, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system and served by mail to all parties unable to accept electronic service.

                                                  */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo