**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUPERCONDUCTING SYSTEMS, INC., ) ) ) Plaintiff, ) ) v. ) ) IONETIX CORPORATION, ) ) Defendant. ) | Case No. 1:16-cv-10542-GAO |

**UNOPPOSED MOTION TO SET DATE TO RESPOND TO COMPLAINT**

Defendant Ionetix Corporation ("Ionetix") hereby submits this unopposed motion to extend Ionetix's deadline to answer, move to dismiss or otherwise respond to the Complaint. In support of the Motion, the Parties state:

1. On March 8, 2016, Plaintiff Superconducting Systems, Inc. ("SSI") filed its Complaint in the Commonwealth of Massachusetts Superior Court, Middlesex County;

2. On March 17, 2016, Ionetix removed the Complaint to this court;

3. On March 28, 2016, the Court allowed Ionetix's motion to extend the time to respond to the Complaint to April 12, 2016;

4. The parties are continuing to engage in discussions over a possible resolution of this matter and agree that the Defendant may answer, move to dismiss, or otherwise respond to the Complaint on or before April 20, 2016; and

5. SSI does not oppose this motion.

Wherefore, Ionetix hereby requests that this Court order that Ionetix may answer, move to dismiss or otherwise respond to the Complaint on or after April 20, 2016.

DATED:   April 12, 2016           SIDLEY AUSTIN LLP

/s/Jack W. Pirozzolo
Jack W. Pirozzolo (BBO# 564879)
60 State Street, 36th Floor
Boston, Massachusetts  02109
Telephone:  (617) 223-0304
Facsimile:  (617) 223-0301
jpirozzolo@sidley.com

*Counsel for Ionetix Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system and served by mail to all parties unable to accept electronic service.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo