**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| SUPERCONDUCTING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IONETIX CORPORATION, <br><br> Defendant. | Case No. 1:16-cv-10542-GAO |

**NOTICE OF SETTLEMENT AND UNOPPOSED MOTION**
**TO VACATE DEADLINES**

Defendant Ionetix Corporation ("Ionetix") hereby notifies the Court that the parties have entered into a settlement agreement in this matter. Pursuant to the terms of the settlement agreement, the parties expect to file a stipulation of dismissal with prejudice of this matter on or before May 2, 2016. Accordingly, Ionetix requests that the court vacate all deadlines in this matter and permit the parties, up to and including May 2, 2016, to file the stipulation of dismissal with prejudice. Plaintiff does not oppose this motion.

DATED:   April 20, 2016

SIDLEY AUSTIN LLP

 /s/Jack W. Pirozzolo
Jack W. Pirozzolo (BBO# 564879)
60 State Street, 36th Floor
Boston, Massachusetts  02109
Telephone:  (617) 223-0304
Facsimile:  (617) 223-0301
jpirozzolo@sidley.com

*Counsel for Ionetix Corporation*

## **CERTIFICATE OF SERVICE**

    I, Jack W. Pirozzolo, hereby certify that on April 20, 2016 I served a copy of the foregoing on counsel of record via the Court's CM/ECF system.

/s/Jack W. Pirozzolo
Jack W. Pirozzolo
