**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SUPERCONDUCTING SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>IONETIX CORPORATION,<br><br>              Defendant. | )<br>)<br>)<br>)  Case No. 1:16-cv-10542-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action, including all claims asserted or that could be asserted herein, be dismissed with prejudice, without costs to any party, and all parties waiving all rights of appeal.

DATED:  April 29, 2016

DAVIS, MALM & D'AGOSTINE, P.C.

*/s/  Christopher J. Marino*
Christopher J. Marino (BBO# 655007)
One Boston Place, 37th Floor
Boston, MA  02108
Telephone:  (617) 589-3833
Facsimile:  (617) 305-3114
cmarino@davismalm.com

*Counsel for Superconducting Systems, Inc.*

SIDLEY AUSTIN LLP

*/s/  Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO# 564879)
60 State Street, 36th Floor
Boston, Massachusetts  02109
Telephone:  (617) 223-0304
Facsimile:  (617) 223-0301
jpirozzolo@sidley.com

*Counsel for Ionetix Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2016, a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system and served by mail to all parties unable to accept electronic service.

                                          */s/ Jack W. Pirozzolo*
                                          Jack W. Pirozzolo